| | | | |
|---|---|---|---|
| In the Interest of: D.D.G. | 2496 EDA 2016<br>Affirmed | 02/08/2017 | CP–51–AP–0000378–2016<br>CP–51–DP–0002035–2014<br>(Philadelphia) |
| Hatzel v. Hatzel [2] | 1278 MDA 2015<br>Affirmed | 02/08/2017 | CV–00–1267<br>(Northumberland) |
| Com. v. Bodle | 354 MDA 2016<br>Affirmed | 02/08/2017 | CP–41–CR–0000743–2009<br>(Lycoming) |
| Com. v. Moran | 657 MDA 2016<br>Affirmed | 02/08/2017 | CP–06–CR–0003193–2014<br>(Berks) |
| Com. v. Richardson | 870 MDA 2016<br>Affirmed | 02/08/2017 | CP–22–CR–0001964–1977<br>(Dauphin) |
| Com. v. Mattern | 993 MDA 2016<br>Affirmed | 02/08/2017 | CP–47–CR–0000003–2007<br>(Montour) |
| Com. v. Wyatt | 1313 MDA 2016<br>Affirmed | 02/08/2017 | CP–38–CR–0001177–2015<br>(Lebanon) |
| Com. v. Benney [3] | 680 WDA 2015<br>Affirmed | 02/08/2017 | CP–63–CR–0001104–2008<br>(Washington) |
| Com. v. Coburn [4] | 41 WDA 2016<br>Affirmed | 02/08/2017 | CP–02–CR–0012781–2014<br>(Allegheny) |
| Kunkle v. Poydence [5] | 48 WDA 2016<br>Affirmed | 02/08/2017 | No. 8870 of 1995<br>(Westmoreland) |
| Com. v. Rigg [6] | 2062 MDA 2015<br>Affirmed | 02/09/2017 | CP–06–CR–0004374–2014<br>(Berks) |
| Cummings v. Sutton | 2 MDA 2016<br>Affirmed | 02/09/2017 | 12288–2012<br>(Luzerne) |
| Com. v. Stodghill | 159 MDA 2016<br>Affirmed,<br>Reversed and<br>Remanded | 02/09/2017 | CP–21–CR–0002465–2010<br>(Cumberland) |
| Com. v. Tutko | 213 MDA 2016<br>Affirmed | 02/09/2017 | CP–22–CR–0005680–2014<br>(Dauphin) |
| Valora v. Valora | 241 MDA 2016<br>Affirmed | 02/09/2017 | 2012–00839<br>(Clinton) |
| Com. v. Blankenship | 301 MDA 2016<br>Affirmed | 02/09/2017 | CP–36–CR–0004698–2014<br>(Lancaster) |

2. Petition for reargument denied April 18, 2017.
3. Petition for reargument denied April 20, 2017.
4. Petition for reargument denied April 20, 2017.
5. Petition for reargument denied April 20, 2017.
6. Petition for reargument denied April 21, 2017.